IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL GILBERT,<br><br>        Plaintiff,<br><br>   v.<br><br>KIMBERLY-CLARK PENNSYLVANIA, LLC,<br><br>        Defendant. | CIVIL ACTION<br>NO. 16-6602 |

**ORDER**

**AND NOW**, this 24th day of October, 2018, upon consideration of Defendant Kimberly-Clark Pennsylvania, LLC's Motion for Summary Judgment (Doc. No. 28), Plaintiff Darryl Gilbert's Response in Opposition (Doc. No. 31), and Defendant's Reply (Doc. No. 32), and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 28) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 28) is **DENIED** on Plaintiff's Americans with Disabilities Act claim in Count I.

2. Defendant's Motion for Summary Judgment (Doc. No. 28) is **GRANTED** on Plaintiff's Pennsylvania Human Relations Act claims in Counts II, III, and IV.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.